| | |
|---|---|
| 1 | Bruce M. Thornton, Esq. (SBN 72933) |
| 2 | Carlos V. Yguico, Esq. (SBN 132180) |
| | GEMMILL, THORNTON & BALDRIDGE, LLP |
| 3 | 5670 Wilshire Boulevard, Suite 1500 |
| | Los Angeles, California 90036 |
| 4 | Tel.: (323) 931-1095 |
| | Fax: (323) 931-1095 |



Attorneys for Defendants NATIONAL HOME INSURANCE COMPANY (A Risk Retention Group), erroneously named and sued herein as NHIC and HOME BUYERS WARRANTY CORPORATION, named and served herein as BUILDER STRUCTURAL SERVICES

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BRENES, on his own behalf, as representative of Sunset Ranch Estate homeowners, and on behalf of the general public, <br><br> Plaintiffs, <br><br> vs. <br><br> NHIC, a business entity of unknown form; Builder Structural Services, a business entity of unknown form; and DOES 1-100, <br><br> Defendants. | CASE NO. 05 CV 2205 LAB JMA <br><br> **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

      The parties to this Stipulation are Plaintiff Gary Brenes and Defendants National Home Insurance Company (A Risk Retention Group), and Home Buyers Warranty Corporation, named and served herein as Builder Structural Services.

      WHEREAS, this action was commenced by Plaintiff on his own behalf and on behalf of all owners of steel-framed homes in a California residential subdivision known as Sunset Ranch Estate; and

      WHEREAS, Plaintiff's Complaint alleged that Defendants issued insured home warranties, commonly known as the "HBW Warranty" providing coverage, *inter alia*, for structural failure of said homes; and

1     WHEREAS, Plaintiff alleged that all such homes in said development have suffered structural failure covered under said HBW Warranties, but that Defendants have failed to accept coverage and failed to provide benefits to the owners of any such homes, all in breach of Defendants' contractual obligations under said Warranties;

    WHEREAS, Defendants, and each of them, have denied these allegations, and continue to deny any liability to Plaintiff or any other homeowner in said development; and

    WHEREAS, the Court has stayed this proceeding pending mediation by the parties; and

    WHEREAS, the parties have engaged in extensive mediation before Michael Duckor of the San Diego law firm of Duckor, Spradling, Metzger & Wynne; and as a result of said mediation, the parties entered into a Settlement Agreement and Mutual Release on May 25, 2006; and

    WHEREAS, the parties to the Settlement Agreement and Mutual Release include the parties hereto, and the owners of all other 113 steel-framed homes in Sunset Ranch Estates, and all of said owners have signed the Settlement Agreement and Mutual Release, and will receive a portion of the settlement proceeds; and

    WHEREAS, this action has not been certified as a class action, nor has Plaintiff requested that it be certified as a class action; and

    WHEREAS, the signators of the Settlement Agreement and Mutual Release include all possible class members pursuant to the allegations of the Complaint; and

    WHEREAS, the Settlement Agreement and Mutual Release required payment of the settlement proceeds by Defendants to be made in installments, and the final installment was paid on August 15, 2006; and

    WHEREAS, the Settlement Agreement and Mutual Release requires that Plaintiff cause his Complaint to be dismissed with prejudice promptly upon payment of the final installment of the settlement payment; and

1   WHEREAS, the only act remaining to be performed pursuant to the Settlement
2   Agreement and Mutual Release is the dismissal of the Complaint with prejudice;
3   NOW, THEREFORE, the parties hereto stipulate as follows:
4   (1)   That the Settlement Agreement and Mutual Release has been fully and
5   completely performed with the exception of the dismissal of the Complaint with
6   prejudice; and
7   (2)   That the Complaint should accordingly be dismissed with prejudice.
8
9   DATED: August /6, 2006        BACALSKI & OTTOSON, LLP
10
11                                By: _____
12                                    A. DANIEL BACALSKI
                                      Attorneys for Plaintiff GARY BRENES
13
14  DATED: August 13, 2006        GEMMILL, THORNTON & BALDRIDGE
15
16                                By: _____
17                                    BRUCE M. THORNTON
                                      Attorneys for Defendants NATIONAL HOME
18                                    INSURANCE COMPANY (A Risk Retention
                                      Group) and HOME BUYERS WARRANTY
19                                    CORPORATION
20
21                                **ORDER**
22   On the basis of the foregoing Stipulation, and good cause appearing, this Court
23   orders that the Complaint herein be, and it hereby is, dismissed with prejudice.
24
25   DATED: 9-19-06               Larry A. Burns
                                  _____
26                                THE HONORABLE LARRY ALAN BURNS
                                  U.S. DISTRICT COURT JUDGE
27
28

3

|    |                                                                                     |
|----|-------------------------------------------------------------------------------------|
| 1  | **PROOF OF SERVICE**                                                                |
| 2  | STATE OF CALIFORNIA          )                                                      |
|    |                              )                                                      |
| 3  | COUNTY OF LOS ANGELES        )                                                      |
| 4  | I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 5670 Wilshire Boulevard, Suite 1500, Los Angeles, California 90036. |
| 6  | On **August 17, 2006**, I served the foregoing document described as: **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** on all interested parties of record in this action by placing [X] a true copy  [ ] the original thereof enclosed in sealed envelopes addressed as follows: |
| 8  | A. Daniel Bacalski, Jr., Esq.                      Tel. (619) 239-4340              |
|    | Bacalski, Koska & Ottoson, LLP                     Fax: (619) 239-0116              |
| 9  | 402 West Broadway, 24th Floor                                                       |
|    | Post Office Box 120270                                                              |
| 10 | San Diego, California 92112-0270                                                    |
| 11 | Attorney for Plaintiff                                                              |
| 12 | ☐ **BY FACSIMILE:** The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission. |
| 14 | ☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, mail would be deposited with the United States postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| 17 | ☐ **BY OVERNIGHT DELIVERY:** I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for. |
| 19 | ☐ **BY PERSONAL SERVICE:** I caused the foregoing envelope to be delivered by hand to the offices of the addressee. |
| 21 | ☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 22 | ☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made. |
| 24 | Executed this 17th day of **August, 2006**, at Los Angeles, California.            |
| 26 | _____                                                     |
|    | SILVIA ZORZOLI HAROLD, Declarant                                                    |